UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO M. FLORES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; RITE AID CORPORATION LONG-TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-08859-JFW (ASx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-08859-JFW (ASx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 5, 2017

　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　United States District Court Judge

1